Bruce J. Castleton    ISB No. 6915
CASTLETON LAW PLLC
10400 Overland Road #238
Boise, ID  83709
Telephone No. (208) 629-4590
Facsimile No. (208) 509-4814
bruce@castletonlegal.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NATHAN DOUTHIT,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CALDWELL, CALDWELL POLICE DEPARTMENT; REX INGRAM; SHAWN SOPOAGA; ROBERT ROSIN; JOHN TUCKER; and TAYLER YETT,<br><br>    Defendants. | Case No. 1:24-cv-00558-REP<br><br>**STIPULATION TO DISMISS DEFENDANTS ROSIN, TUCKER, AND YETT** |

The Parties, by and through their counsel of record, do hereby stipulate to the dismissal of Defendants Robert Rosin, John Tucker, and Tayler Yett WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii), with each party bearing their own costs and fees.

Date:  February 28, 2025          DINIUS & ASSOCIATES, PLLC
                                  By   */s/ Sarah Hallock-Jayne*
                                       Attorneys for Plaintiff

Date: March 4, 2025               CASTLETON LAW, PLLC
                                  By */s/ Bruce J. Castleton*
                                       BRUCE J. CASTLETON, Of the Firm
                                       Attorneys for Defendants

**STIPULATION TO DISMISS - 1.**