# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| NATHAN E. DOUTHIT,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CALDWELL, CALDWELL POLICE DEPARTMENT, REX INGRAM, SHAWN SOPOAGA, ROBERT ROSIN, JOHN TUCKER, AND TAYLER YETT,<br><br>Defendants. | Case No.: 1:24-CV-00558-REP<br><br>**ORDER DISMISSING DEFENDANTS ROBERT ROSIN, JOHN TUCKER, AND TAYLER YETT** |

This matter having come before the Court upon the parties' Stipulation to Dismiss Defendants Rosin, Tucker, and Yett (Dkt. 10), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that:

1. This case is dismissed with prejudice as to Defendants Robert Rosin, John Tucker, and Tayler Yett, with each party bearing their respective attorney fees and costs.

2. The Clerk's Office is directed to terminate Defendants Robert Rosin, John Tucker, and Tayler Yett from the case.

3. Defendants Rosin, Tucker, and Yett's Motion to Dismiss (Dkt. 4) shall be terminated as moot.

DATED: March 05, 2025

Raymond E. Patricco
Chief U.S. Magistrate Judge